In the Matter of the Application of Alexander NYMAN.

Court of Appeals of District of Columbia. Submitted March 14, 1928. Decided May 7, 1928.

No. 2055.

Appeal from the Commissioner of Patents.

W. F. Nickel, of New York City, and Samuel Ostrolenk, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. The application for a patent, herein involved, relates to variable condensers for use in radio receiving sets. The controlling questions in the case are substantially identical with those decided in suit No. 2054, 58 App. D. C. ——, 26 F.(2d) 558, relating to a similar application

by the same party. Consistently with the conclusions reached by the court in that case, the decision of the Commissioner of Patents, appealed from in this case, is affirmed.